IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANCIE M. HOLLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0193-CG-N |
| | ) |
| TOWN OF MOUNT VERNON, | ) |
| JERRY LUNDY, and JOSEPH | ) |
| CASSIDY, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order on summary judgment entered on July 26, 2013 (Doc. 47), it is **ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of defendants, Town of Mount Vernon, Jerry Lundy and Joseph Cassidy with respect to plaintiff's 42 U.S.C. § 1983 claims because those claims are barred by the statute of limitations. Accordingly, plaintiff's 42 U.S.C. § 1983 claims against said defendants are hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 22nd day of August, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE